13531.    CENTRAL OF GEORGIA RAILWAY CO. *v.* WRIGHT, comptroller-general.

STEPHENS, J. This case is controlled by the answer of the Supreme Court to a question propounded by this court. 156 *Ga.* 13 (118 S. E. 709).

*Judgment affirmed. Jenkins, P. J., and Bell, J., concur.*

DECIDED AUGUST 17, 1923.

Affidavit of illegality of execution; from Putnam superior court — Judge Park. March 31, 1922.

In this case the Supreme Court gave a negative answer to the question: "Where, without a recommendation from the grand

jury, an order is passed by the proper authorities imposing a county tax levy, indicating the levy of certain items to pay for current expenses, aggregating more than 50 per cent. of the State tax, is such levy for current expenses void to the extent that it exceeds 50 per cent. of the State tax? See Civil Code (1910), § 508; *Wright* v. *Cen. of Ga. Ry. Co.,* 28 *Ga. App.* 356." That court held: "1. Under the Civil Code (1910), § 507, the proper county authorities can levy a tax of 100 per cent. of the State tax to pay current expenses of the county; but a levy to pay both accumulated debts and current expenses, or a levy for either of these purposes, must not exceed 100 per cent. of the State tax. 2. The tax authorized by the above section is in addition to that provided in the Civil Code (1910), § 508."

*Meriwether F. Adams,* for plaintiff in error.
*Callaway & DeJarnette,* contra.